UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMES E PEREZ,<br>　　　　Plaintiff,<br>　　v.<br>LANCE SILVA, et al.,<br>　　　　Defendants. | Case No. 15-cv-01771-EMC<br><br>**JUDGMENT** |

( ) Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　　　IT IS SO ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff in accordance with the Order Granting Plaintiff's Motion for Default Judgment filed on November 11, 2015.  The Clerk of the Court is directed to close this case.

　　　　**IT IS SO ORDERED.**

Dated: November 12, 2015

　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　United States District Judge